# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# VALDOSTA DIVISION

| | |
|---|---|
| JASPER DEWAYNE WEST, : | |
| Plaintiff : | |
| VS. : | |
| Deputy Warden JEFFERSON, *et al.*, : | NO. 7:11-cv-64 (HL) |
| Defendants : | **O R D E R** |

*Pro se* plaintiff **JASPER DEWAYNE WEST** commenced this lawsuit pursuant to 42 U.S.C. § 1983 and has moved for permission to proceed *in forma pauperis*. However, this lawsuit involves events occurring and defendants employed at Rutledge State Prison in Columbus, Georgia. Rutledge State Prison is located in the Columbus Division of this Court. In the interests of justice, it is hereby **ORDERED** that this case be **TRANSFERRED** to the Columbus Division. 28 U.S.C. §§ 1404(a), 1406(a).

**SO ORDERED**, this 3rd day of June, 2011.

*s/ Hugh Lawson*
HUGH LAWSON
UNITED STATES DISTRICT JUDGE

cr